1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
10
                         **SACRAMENTO DIVISION**
11

12 DENISE F. MAYHUGH,              )
                                   )   CIVIL NO. 2:09-CV-01699 DAD
13      Plaintiff,                 )
                                   )
14      v.                         )   MOTION FOR EXTENSION OF TIME TO
                                   )   RESPOND TO PLAINTIFF'S COMPLAINT;
15 MICHAEL J. ASTRUE,              )   ORDER
   Commissioner of                 )
16 Social Security,                )
                                   )
17      Defendant.                 )
   _____ )

18

19     Defendant, through his undersigned attorney, respectfully moves for a FIRST extension of time

20 of 40 days up to and including November 16, 2009, in which to respond to Plaintiff's complaint.  This

21 request is being made because the Special Assistant United States Attorney for the Commissioner who

22 was originally assigned to this case left the Commissioner's office for employment elsewhere.  He was

23 one of at least 6 attorneys in the Commissioner's regional office who left for other employment, medical

24 or paternity leave or who became responsible for other work in the regional office and whose cases all

25 had to be reassigned.  Reassignment of the cases did not occur on a uniform basis and this case was not

26 reassigned until the answer was already late.  Moreover, at the time the undersigned attorney for the

27 Commissioner was reassigned this case, she was immersed in work on the Commissioner's attempt to

28 seek a writ of certiorari in <u>Vasquez v. Astrue</u>, 572 F.3d 586 (9th Cir. 2009), which involved working

with the headquarters of both the Social Security Administration and the United States Department of Justice and very tight deadlines.  In consequence of the extra workload and confusion regarding case transfers, the undersigned was not able to file the Commissioner's answer until November 14, 2009.  Counsel apologizes for her error and asserts that she did not intentionally delay these proceedings.

                                               Respectfully submitted,

Dated: November 16, 2009              LAWRENCE G. BROWN
                                                     United States Attorney
                                                       LUCILLE GONZALES MEIS
                                                       Regional Chief Counsel, Region IX
                                                     Social Security Administration

                                                     /s/ *Elizabeth Firer*
                                                     ELIZABETH FIRER
                                                     Special Assistant U.S. Attorney

                                                     Attorneys for Defendant

## ORDER

Good cause appearing, defendant's motion for extension of time to respond to plaintiff's complaint (Doc. No. 10) is granted, and defendant's answer filed November 16, 2009 (Doc. No. 11) is deemed timely.

IT IS SO ORDERED.

DATED: November 17, 2009.

                                                     DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\mayhugh1699.ord.gr.motext